McGill v Campbell (2024 NY Slip Op 02442)

McGill v Campbell

2024 NY Slip Op 02442

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

290 CA 23-01177

[*1]JENNIFER MCGILL, PLAINTIFF-RESPONDENT,
v
SARAH EMILY CAMPBELL, DARREN J. CAMPBELL, DEFENDANTS-RESPONDENTS, AND PAUL E. SANDELL, DEFENDANT-APPELLANT. 

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (AMY E. BELMONT OF COUNSEL), FOR DEFENDANT-APPELLANT.
THE CAREY LAW FIRM, LLC, GRAND ISLAND (SHAWN W. CAREY OF COUNSEL), FOR PLAINTIFF-RESPONDENT.
LAW OFFICES OF JOHN WALLACE, BUFFALO (NANCY A. LONG OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Amy C. Martoche, J.), entered July 11, 2023. The order, insofar as appealed from, denied the motion of defendant Paul E. Sandell for summary judgment dismissing the complaint and any cross-claims against him. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 25, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court